PER CURIAM.
Appellant challenges his designation as a sexual predator pursuant to section 775.21, Florida Statutes, The Florida Sexual Predators Act.[1] We affirm. See Fletcher v. State, 699 So.2d 346 (Fla. 5th DCA 1997), rev. denied, 707 So.2d 1124 (Fla.1998); State v. Carrasco, 701 So.2d 656 (Fla. 4th DCA 1997).
JOANOS and WOLF, JJ., and SMITH, LARRY G., Senior Judge, concur.

. Although the trial court’s order actually references section 775.22, Florida Statutes, we consider that reference to be a scrivener’s error. Section 775.22, Florida Statutes, was repealed effective July 1, 1996, and reenacted at section 775.21, Florida Statutes. See ch. 96-388, §§ 61 and 62, Laws of Fla.